UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **5:18-cv-02608-JVS (MAA)**      Date: **February 6, 2019**

Title    **Elijah Lee Miller *vs.* Josef D. Miller, *et al.***

Present: The Honorable:    MARIA A. AUDERO, U.S. Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

On December 17, 2018, Plaintiff submitted a civil rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). (ECF No. 1). However, Plaintiff neither paid the required $400 filing fee nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* ECF No. 2.)

On December 20, 2018, the Court issued an Order Regarding Application to Proceed *In Forma Pauperis* or Payment of Filing Fee, which ordered Plaintiff, within 30 days, to submit the $400 filing fee or application to proceed *in forma pauperis* with supporting documentation. (ECF No. 4) The Court cautioned Plaintiff that failure to comply with the order would "result in a recommendation that the Complaint be dismissed." (*Id.*).

To date, Plaintiff has submitted neither the $400 filing fee nor an application to proceed *in forma pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **March 8, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. C.D. Cal. L.R. 41-1. If on or before that date, Plaintiff submits the $400 filing fee or an application to proceed *in forma pauperis*, then the Order to Show Cause will be discharged, and no additional action need be taken. Plaintiff is advised that failure to respond to this Order to Show Cause will result in a recommendation that the Complaint be dismissed.

It is so ordered.

                                                                                    **Initials of Preparer**

                                                                                              cw