# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEF D. MILLER, *et al.*,<br><br>    Defendants. | Case No. 5:18-cv-02608-JVS (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED: May 15, 2019

                                                                   _____
                                                                   JAMES V. SELNA
                                                                   UNITED STATES DISTRICT JUDGE